**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorney for Defendant
**JEFFERY PICKETT**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY PICKETT<br><br>    Defendant.<br>_____/ | Case No. CR-10-519-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL AND TO CONTINUE SENTENCING**<br><br>Current Hearing Date:<br>August 21, 2012 at 2:30 p.m.<br><br>Proposed Hearing Date:<br>September 4, 2012 at 2:30 p.m. |

The above-captioned case was previously scheduled for sentencing on a probation violation on August 21, 2012 at 2:30 p.m. On August 9, 2012, the above named counsel was retained by the defendant JEFFREY PICKETT.  The parties now stipulate and jointly request that this Court substitute Mr. Douglas Rappaport for Mr. Randolph Daar to generally appear as counsel for Mr. Pickett and to continue the sentencing in this matter from August 21, 2012  to September  4, 2012 at 2:30 p.m.

//

//

//

The parties agree that the failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED:

DATED: 08-21-12               MELINDA HAAG
                              UNITED STATES ATTORNEY
                              NORTHERN DISTRICT OF CALIFORNIA
                              By

                              _____/s/_____
                              **DENISE MARIE BARTON**
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA


DATED: 08-21-12               _____/s/_____
                              **DOUGLAS L. RAPPAPORT**
                              Attorney for Defendant
                              JEFFREY PICKETT

//
//
//
//
//
//

# [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN** based on the reasons stated above, the Court HEREBY ORDERS that Mr. Randolph Daar be relieved as counsel of record and that Mr. Douglas Rappaport be permitted to generally appear as counsel for Mr. Pickett. It is FURTHER ORDERED that the sentencing in this matter is continued from August 21, 2012 to September 4, 2012 at 2:30 p.m.

SO ORDERED.

DATED: 8/21/12

_____
**THE HONORABLE RICHARD SEEBORG**
United States District Judge