1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        Denise.Barton@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,          ) Case No. CR 10-00519  RS
                                        )
14 |     Plaintiff,                     )
                                        ) STIPULATION AND [PROPOSED] ORDER
15 |     v.                             )
                                        )
16 | JEFFREY L. PICKETT,,               )
                                        )
17 |     Defendant.                     )
                                        )

STIPULATION AND [PROPOSED] ORDER
Case No. CR 10-00519 RS

1  The defendant has a pending supervised release violation.  The Probation Department cannot
2  release materials relating to the pending violation absent a Court Order.  To permit the parties to assess
3  the allegations in the violation and prepare for any violation or sentencing hearing, the parties request
4  that the Court order the Probation Department to provide all materials relating to the pending violation
5  and the Presentence Report in the case.

DATED: July 29, 2014                        Respectfully submitted,

                                            MELINDA HAAG

                                            United States Attorney


                                            _____/s/_____
                                            DENISE MARIE BARTON
                                            Assistant United States Attorney



                                            _____/s/_____
                                            ELLIOT R. PETERS
                                            Attorney for Jeffrey Pickett


### [~~PROPOSED~~] ORDER

Good cause having been shown, the Court hereby orders the Probation Office to provide the parties with all materials relating to the pending violation notice and the Presentence Report in the case.

Dated: 7/29/14

_____
HONORABLE RICHARD SEEBORG
District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 10-00519 RS