KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
SOPHIE HOOD - # 295881
shood@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFFREY L. PICKETT,<br><br>　　　　　Defendant. | Case No. 3:10-cr-00519-RS<br><br>**STIPULATION TO RESCHEDULE HEARING ON REVOCATION OF SUPERVISED RELEASE AND [PROPOSED] ORDER**<br><br>Date:    September 16, 2014<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 3 - 17th Floor<br>Judge:  Honorable Richard Seeborg<br><br>Date Filed:  July 7, 2010 |

Defendant Jeffrey Pickett, by and through his attorney of record, Elliot R. Peters, and the United States of America, by and through its attorney of record, Denise Marie Barton, hereby agree and stipulate as follows:

This matter is currently set for a Hearing on Revocation of Supervised Release on September 16, 2014 at 10:00 a.m., before the Honorable Richard Seeborg, United States District Judge.

Defense counsel has to attend two hearings on the east coast during the week of September 15, 2014 and is therefore unavailable on the currently scheduled date for this matter, September 16, 2014.  Accordingly he has requested, and the government has agreed, that the hearing on this matter be continued to October 7, 2014, at 2:00 pm, or at another time of day convenient to the Court.

Dated:  August 28, 2014                         KEKER & VAN NEST LLP


                                                By:   */s/ Elliot R. Peters*
                                                      ELLIOT R. PETERS
                                                      SOPHIE HOOD

                                                Attorneys for Defendant
                                                JEFFREY L. PICKETT

Dated:  August 28, 2014                         UNITED STATES ATTORNEY


                                                By:   */s/ Denise Marie Barton*
                                                      DENISE MARIE BARTON

                                                Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

### [~~PROPOSED~~] ORDER

The stipulation to continue the Hearing on Revocation of Supervised Release from September 16, 2014, at 10:00 a.m. to October 7, 2014 at __10:00 am__, before the Honorable Richard Seeborg, United States District Judge, is GRANTED.

IT IS SO ORDERED.

DATED:  8/28/14

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

1
STIPULATION TO RESCHEDULE HEARING ON REVOCATION OF SUPERVISED RELEASE
Case No. 3:10-cr-00519-RS

858250