FILED

NOV 1 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
7       FAX: (415) 436-6570
        Raven.Norris@usdoj.gov

8
   Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CASE NO. CR 10-0519 RS
                                        )
15         Plaintiff,                   )   WRIT OF CONTINUING GARNISHMENT
                                        )
16     v.                               )
                                        )
17  JEFFREY L. PICKETT,                 )
                                        )
18         Defendant,                   )
                                        )
19  _____  )
                                        )
20  BANK OF THE WEST,                   )
                                        )
21         Garnishee.                   )
                                        )
22  _____  )

23  TO:    Bank of the West
           c/o CT Corporation System, agent for service of process
24         818 West Seventh St 2nd Fl
           Los Angeles, CA 90017
25

26  **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED**

27  **STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT**

28  **-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS                              1

1   The name, last known address, and last four digits of the social security number of the person
2   who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this
3   Writ are as follows:

4        Jeffrey L. Pickett
         1880 Mallard Ln
5        Petaluma, CA 94954
         Social Security Number (last four digits): XXX-XX-1305
6

7   This Writ has been issued at the request of the United States of America to enforce the collection
8   of a criminal judgment entered in favor of the United States against the defendant for a debt in the
9   original amount of $3,055,200.00. As of November 13, 2014, there is a balance due of approximately
10  $3,033,775.00.

11  The following are the steps that you must take to comply with this Writ. If you have any
12  questions, you should consult with your attorney.

13      1.      Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or
14  possession, any property of the defendant in which the defendant has a substantial nonexempt interest,
15  or if you obtain custody, control, or possession of such property while this Writ is in effect, you must
16  immediately withhold such property from the defendant and retain it in your possession until you
17  receive instructions from the Court which will tell you what to do with the property.

18      2.      Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10
19  days after service of this Writ upon you. You must answer the Writ even if you do not have in your
20  custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your
21  answer must state, under oath, the following information:

22          a.      Whether or not you have in your custody, control, or possession, any property
23                  owned by the defendant in which the defendant has a substantial nonexempt
24                  interest, including nonexempt disposable earnings;
25          b.      a description of such property and the value of such property;
26          c.      a description of any previous garnishments to which such property is subject and
27                  the extent to which any remaining property is not exempt; and
28          d.      the amount of the debt you anticipate owing to the defendant in the future and

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS                                   2

1 | whether the period for payment will be weekly or another specified period.

2 | For your convenience, a form which addresses the above-requested information is attached and may be

3 | used to answer the Writ.

4 |      3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

5 | (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original

6 | answer bearing the original signature of the person preparing the answer to the Court at the following

7 | address:

8 |                 Clerk, United States District Court
                450 Golden Gate Avenue, 16th Floor

9 |                 P.O. Box 36060
                San Francisco, CA 94102.

10 |

11 | At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a

12 | copy of the original answer to both the defendant and attorney for the United States at the following

13 | respective addresses:

14 |                 Jeffrey L. Pickett
                1880 Mallard Ln

15 |                 Petaluma, CA 94954

16 |

17 |                 Raven M. Norris, Assistant U.S. Attorney
                U.S. Attorney's Office

18 |                 450 Golden Gate Avenue, 9th Floor
                P.O. Box 36055

19 |                 San Francisco, CA 94102.

20 | Please note that the attached form answer contains a certificate of service which needs to be completed

21 | by the person mailing the copies of the answer to the defendant and the attorney for the United States,

22 | and which needs to be filed with the Court along with the answer.

23 |      **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

24 | **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

25 | **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

26 | **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

27 | **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

28 | **SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT**

1  WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S

2  NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE

3  EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO

4  THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN

5  THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION

6  REQUIRING YOU TO APPEAR.

7  RICHARD W. WIEKING,
   Clerk of the United States
8  District Court for the Northern
   District of California
9

10  NOV 1 4 2014

11  Dated: _____      By:  _____
                                             Deputy Clerk

12                                           MARK J. JENKINS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS                          4