FILED

NOV 1 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | ALEX G. TSE (CABN 152348)
3 | Chief, Civil Division

4 | RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
7 | FAX: (415) 436-6570
Raven.Norris@usdoj.gov

8
Attorneys for Plaintiff
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO. CR 10-0519 RS
                                     )
15 |      Plaintiff,                  ) WRIT OF CONTINUING GARNISHMENT
                                     )
16 | v.                               )
                                     )
17 | JEFFREY L. PICKETT,              )
                                     )
18 |      Defendant,                  )
                                     )
19 | _____ )
                                     )
20 | JAMES A. ARROWSMITH & MICHAEL J. )
     PICKETT, CO-TRUSTEES OF THE      )
21 | DONALD E. PICKETT AND JEAN E.    )
     PICKETT LIVING TRUST,            )
22 |                                  )
          Garnishees.                 )
23 | _____ )

24 | TO:    James A. Arrowsmith & Michael J. Pickett
            co-trustees of the Donald E. Pickett and Jean N. Pickett Living Trust
25 |        2262 Gambel Oak Dr
            Sandy, UT 84092
26

27 | **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED**

28 | **STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT**

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS                              1

-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

    Jeffrey L. Pickett
    1880 Mallard Ln
    Petaluma, CA 94954
    Social Security Number (last four digits): XXX-XX-1305

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $3,055,200.00. As of November 13, 2014, there is a balance due of approximately $3,033,775.00.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

    1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession, any property of the defendant, including but not limited to property held in the name of the Donald E. Pickett and Jean N. Pickett Living Trust of which the defendant is a beneficiary, in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.

    2.    Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

        a.    Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

        b.    a description of such property and the value of such property;

      c.      a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

      d.      the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

      3.      After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

      Clerk, United States District Court
      450 Golden Gate Avenue, 16th Floor
      P.O. Box 36060
      San Francisco, CA 94102.

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

      Jeffrey L. Pickett
      1880 Mallard Ln
      Petaluma, CA 94954

      Raven M. Norris, Assistant U.S. Attorney
      U.S. Attorney's Office
      450 Golden Gate Avenue, 9th Floor
      P.O. Box 36055
      San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

      **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS      3

1 WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE
2 THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO
3 SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT
4 WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S
5 NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE
6 EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO
7 THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN
8 THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION
9 REQUIRING YOU TO APPEAR.

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern
District of California

Dated: __NOV 1 4 2014__   By: _____
Deputy Clerk

MARK J. JENKINS

WRIT OF CONTINUING GARNISHMENT
CR 10-0519 RS                                    4