1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        Denise.Barton@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              ) Case No. CR 10-00519 RS
                                          )
14          Plaintiff,                    )
                                          ) STIPULATION AND [PROPOSED] ORDER TO
15     v.                                 ) VACATE HEARING AND RESET FOR STATUS
                                          )
16 JEFFREY L. PICKETT,                    )
                                          )
17          Defendant.                    )
                                          )
18

19      This matter is currently set for a hearing on a pending supervised release violation on Tuesday,

20 November 25, 2014 at 9:30 am.  From the Probation Department, the United States understands that the

21 defendant is no longer residing at his last reported residence, appears to vacated the residence, and has

22 failed to report a new residence or be in contact with his Probation Officer.

23      From defense counsel, the United States understands that defense counsel has not been

24 successful in contacting Mr. Pickett in several weeks and that in light of his inability to reach his client,

25 defense counsel is not prepared to proceed with the hearing on the supervised release violation.

26      The United States believes that Mr. Pickett is now a fugitive.  Although the United States does

27 not waive its rights to seek a hearing on the supervised release violation in the defendant's absence at a

28

Case No. CR 10-00519 RS

1  future date,[1] in light of counsel's representation that he is not currently able to effectively prepare and
2  stated intention to withdraw as counsel, the United States respectfully requests that the currently set
3  November 25, 2014, 9:30 am hearing be vacated and that the matter be reset for Status on the Court's
4  criminal calendar on Tuesday, November 25, 2014 at 2:30 pm for the Court.  Defense counsel joins in
5  the request.

6  Dated:  November 20, 2014                    Respectfully submitted,

7                                                                            MELINDA HAAG
8                                                                            United States Attorney

9
10                                                                      _____/s/_____
                                                                          DENISE MARIE BARTON
11                                                                      Assistant United States Attorney

12
13                                                                      _____/s/_____
                                                                          EAN VIZZI
14                                                                      Attorney for Jeffrey Pickett

15                                                  [PROPOSED] ORDER

16     Good cause having been shown, the Court hereby orders that the November 25, 2014, 9:30 am
17  hearing be vacated and that the matter be reset for Status on the Court's criminal calendar on Tuesday,
18  November 25, 2014 at 2:30 pm.
19   Dated: 11/20/14                                              _____
                                                                          HONORABLE RICHARD SEEBORG
20                                                                      District Court Judge

21
22  _____

[1] Pursuant to Rule 32.1(b)(2)(C) which governs supervised release hearings, a person may waive his or
23  her right to a revocation hearing. Fed.R.Crim.P. 32.1(b)(2)(C). Because the defendant had notice of the hearing
    date from his prior appearances, Mr. Pickett's voluntary absence from the hearing may properly be construed as
24  an effective waiver of his opportunity to appear under Fed.R.Crim.P. 43(c)(1)(B). Although Rule 43 does not
    explicitly reference supervised release hearings, a waiver pursuant to Rule 43 guides the analysis here. While a
25  defendant on supervised release is not entitled to the full panoply of rights at a supervised release hearing, they do
    have the right to be present at a hearing. *Morrissey v. Brewer,* 408 U.S. 471, 480, 92 S.Ct. 2593, 33 L.Ed.2d 484
26  (1972). However, as with trial and sentencing, the opportunity to appear may be voluntarily waived provided the
    defendant has sufficient notice of the hearing and that the absence voluntarily and knowingly occurs after the
27  defendant has made an initial appearance. *See United States v. Houtchens,* 926 F.2d 824 (9th Cir. 1991) (finding
    that a trial defendant, on notice of his trial, had voluntarily waived his right to be present pursuant to
28  Fed.R.Crim.P. 43(c)(1)(B)).

STIPULATION AND [PROPOSED] ORDER
Case No. CR 10-00519  RS